F. W. Williams, Plaintiff in Error, v. The State of Florida, Defendant in Error.

A Writ of Error to the Circuit Court for the County of Pineallas.

Writ of Error dismissed on motion of the Attorney General.

*Rivers Buford,* Attorney General, for the Motion.

---

Elmore Tucker, Williams M. Redding and E. J. Gasque, Plaintiffs in Error, v. The State of Florida, Defendant in Error.

A Writ of Error to the Circuit Court for the County of Pasco.

Writ of Error dismissed on motion of the Attorney General.

*Rivers Buford,* Attorney General, for the Motion.

---

William D. McNelty, Plaintiff in Error v. The State of Florida, Defendant in Error.

A Writ of Error to the Circuit Court for the County of Osceola.